UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

#292195

IN RE:                              CASE NO. 10-22988-BKC-AJC
FRANCISCO RODRIGUEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami
SEP 23 2011
FILED_____RECEIVED_____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 133.81 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( )  The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 9-22-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

FRANCISCO RODRIGUEZ
2222 SW 19 AVENUE
MIAMI, FL 33145

ROBERT SANCHEZ, ESQUIRE
900 W 49 STREET, SUITE 500
HIALEAH, FL 33012

PLEASANT VALLEY CAPITAL LLC
1345 AVENUE OF THE AMERICAS
46 FL
NY, NY 10105

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:　　　　　　　　　　　　　　　　CASE NO.   10-22988-BKC-AJC
FRANCISCO RODRIGUEZ

　　　　　　　　　　　　　　　　　　　CHAPTER 13

FRANCISCO RODRIGUEZ

2222 SW 19 AVENUE
MIAMI, FL 33145


ROBERT SANCHEZ, ESQUIRE
900 W 49 STREET, SUITE 500
HIALEAH, FL 33012


PLEASANT VALLEY CAPITAL LLC    ---------$         133.81
1345 AVENUE OF THE AMERICAS
46 FL
NY, NY 10105                              UNDELIVERABLE/STALE
                                          CLAIM REGISTER#  0

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130